Albert LANE, Appellant, v. C. S. METRO-POLITAN MARKET COMPANY, a Corporation, Appellee.

No. 11202.

Circuit Court of Appeals, Ninth Circuit.

Aug. 18, 1947.

Frisbie & Hoogs and William H. Hoogs, all of Berkeley, Cal., for appellant.

Hanna & Morton, B. W. Burkhead, and John H. Blake, all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court, 62 F.Supp. 89, is affirmed.

J. S. WOOD et al., Copartners, etc., v. Philip B. FLEMING, Administrator, Office of Temporary Controls.

No. 13433.

Circuit Court of Appeals, Eighth Circuit.

May 29, 1947.

See also 157 F.2d 672.

Tyree C. Derrick and Karl E. Holderle, both of St. Louis, Mo., for appellants.

David London, of Washington, D. C., James D. Dockery, of St. Louis, Mo., and Leanora S. Gruber, of New York City, for appellee.

PER CURIAM.

Appeal dismissed, on stipulation of parties.